PAGE 1/48 * RCVD AT 1/16/2018 3:02:51 PM [Central Standard Time] * SVR:A07/2-XFX001-S/3 * DNIS:8669009845 * CSID: * ANI:3306554821 * DURATION (mm-ss):22-09

**23 WEST JEFFERSON ST.**
**JEFFERSON, OHIO 44047**

## CIVIL SUMMONS

**PLAINTIFF:**                                                    CASE NO. 2018 CV 00006

GLENN MORISUE 6201 1/2 LAKE ROAD WEST   ASHTABULA OH 44004


**VS**


**DEFENDANT:**

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY PO BOX 427   HUDSON OH 44236

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

THOMAS J. SIMON ATTORNEY AT LAW P O BOX 3048  ASHTABULA OH 44005

### DEFENDANT TAKE NOTICE

YOU HAVE BEEN NAMED AS A DEFENDANT IN A COMPLAINT FILED IN THE ASHTABULA COUNTY COMMON PLEAS COURT BY THE PLAINTIFF NAMED ABOVE.  COPY OF COMPLAINT IS ATTACHED HERETO.

YOU ARE HEREBY NOTIFIED, SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN 28 DAYS AFTER SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE.

YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN 3 DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF IF HE HAS NO ATTORNEY OF RECORD.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

DATE: January 3, 2018                          **TAMI PENTEK, CLERK**

                                                BY _____
                                                DEPUTY


SUMMIT MCO
JAN 08 2018
CLAIMS DEPARTMENT



**IN THE COURT OF COMMON PLEAS**
**CIVIL DIVISION**
**ASHTABULA COUNTY, OHIO**

**GLENN MORISUE**
**6201 ½ LAKE ROAD WEST**
**ASHTABULA, OHIO 44004**

**PLAINTIFF**

v.

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**
**P.O. BOX 427**
**HUDSON, OHIO 44236**

**DEEFNDANT**

**CASE No.** **C V 0 0 0 6**

**JUDGE:**
**JUDGE THOMAS E. HARRIS**

**COMPLAINT FOR BREACH OF CONTRACT and BAD FAITH**
**(Jury Demand Endorsed Hereon)**

Now comes Plaintiff, through his undersigned Attorney, and for his Complaint against Defendant states:

**JURISDICTION**

1. Defendant, Allstate Property And Casualty Insurance Company ("Allstate"), is an insurance company duly authorized to conduct business and issue policies of insurance in the State of Ohio, including Ashtabula County, Ohio. Allstate's principle place of business is in Northbrook, Illinois, hereinafter referred to as Defendant.

2. Plaintiff, Glenn Morisue ("Morisue"), is an adult individual and resident of Ashtabula County, Ohio, hereinafter referred to as Plaintiff.

3. The Ashtabula County, Ohio Court of Common Pleas has personal jurisdiction over Defendant Allstate pursuant to ORC Sections 2307.382 and 3901.17.

4. The Ashtabula County, Ohio Court of Common Pleas has personal jurisdiction over Plaintiff Morisue as he is an adult resident of Ashtabula County, Ohio.

PAGE 3/48 * RCVD AT 1/16/2018 3:05:31 PM [Central Standard Time] * SVR:A0775-XFX0014-6/3 * DNIS:8666008945 * CSID: * ANI:3306554821 * DURATION (mm-ss):22-09

## VENUE

5. Plaintiff Morisue incorporates by reference as if fully rewritten herein Paragraphs 1 through 4, above.

6. Venue of this action in the Ashtabula County, Ohio Court of Common Pleas is proper pursuant to, among others, ORCP Rules 3(B)(3), (5) and (6) as Defendant Allstate has conducted activity in Ashtabula County, Ohio that gives rise to the claims for relief herein, the real property that is the subject of this action is located in Ashtabula County, Ohio, and Ashtabula County is the county where all and/or part of the claims arose.

## THE INSURANCE POLICY

7. Plaintiff Morisue incorporates by reference as if fully rewritten herein Paragraphs 1 through 6, above.

8. At all times material hereto Defendant Allstate issued to Plaintiff Morisue a Homeowners Policy ("Policy"), identified as Policy Number 980 766 586 ("Policy Number"), which was in effect December 30, 2016. Attached hereto and marked Exhibit "A" are copies of an Allstate Affidavit and the Policy Declarations Pages to Policy Number 980 766 586 consisting of SIX (6) pages. Also, attached hereto and marked Exhibit "A" is a copy of the aforesaid Insurance Policy.

9. The name of the insured currently listed on Exhibit "A" is Plaintiff Morisue.

10. At all times relevant hereto Plaintiff Morisue owned the dwelling and all out buildings insured by the aforesaid insurance policy located at 6201 1/2 Lake Road West, Ashtabula, Ohio 44004.

11. At all times relevant hereto Plaintiff Morisue was the insured under the aforesaid insurance policy issued by Defendant Allstate.

12. On or about December 30, 2017, Plaintiff Morisue was residing at the dwelling located at 6201 ½ Lake Road West, Ashtabula, Ohio 44004.

13. On or about December 30, 2017, an outbuilding to 6201 ½ Lake Road West, Ashtabula, Ohio 44004, said outbuilding and all contents located therein being insured by Allstate through Exhibit "A", attached hereto, was totally destroyed by fire, to which Defendant Allstate subsequently assigned the Claim Number 0441001328 ("claim number"), under the aforesaid Policy and Policy Number.

## CLAIM I
### (Breach of Contract)

14. Plaintiff Morisue incorporates by reference as if fully rewritten herein Paragraphs 1 through 13, above.

15. Plaintiff Morisue's aforesaid Policy (Exhibit "A") is a written contract with Defendant Allstate.

16. Immediately after Plaintiff Morisue's aforesaid fire loss, he properly and timely invoked and made a demand to Defendant Allstate for all payments under the terms of said Policy for said fire loss.

17. On or about September 12, 2017, Defendant Allstate breached said contract by improperly and wrongfully denying Plaintiff Morisue's legitimate claims to the legal detriment of Plaintiff Morisue in an amount in excess of $25,000.00.

## CLAIM II
### (Bad faith)

18. Plaintiff Morisue incorporates by reference as if full rewritten herein Paragraphs 1 through 17, above.

19. Defendant Allstate, by and through actions taken by its duly authorized agent Maura Hartzell and other duly authorized agents of Defendant Allstate currently unknown to Plaintiff Morisue, has breached its duty of good faith and fair dealing to Plaintiff Morisue by unreasonably and wrongfully denying Plaintiff Morisue's legitimate claims for the extensive losses he sustained as a result of said serious fire to the legal detriment of Plaintiff Morisue in an amount in excess of $25,000.00.

20. Defendant Allstate has acted toward Plaintiff Morisue with conscious disregard of his rights under the aforesaid Policy (Exhibit "A"), and/or with ill will toward him,

such that he is entitled to, and hereby does, request this Honorable Court to resolve the dispute between the parties by an award to Plaintiff Morisue of compensatory and punitive damages, including the payment of attorney fees required to pursue this action.

**WHEREFORE,** Plaintiff Morisue prays for judgment against Defendant Allstate as follows:

a. compensatory damages in excess of $25,000.00;

b. punitive damages in excess of $25,000.00 plus attorney fees for Defendant Allstate's breach of good faith and fair dealing with Plaintiff Morisue, and its bad faith for its ignoring, denying and refusing Plaintiff's reasonable claims presented through the subject Insurance Policy; and

c. pre- and post-judgment interest at the maximum legal rate;

d. and costs and expenses of this action as allowed by law;

e. and for such further relief as this Court determines is, in law and equity, just and appropriate.

**THOMAS J. SIMON (#0009725)**
**ATTORNEY FOR PLAINTIFF**
**1105 Bridge Street, PO Box 3048**
**Ashtabula, Ohio  44005-3048**
**Telephone (440) 964-8050 – FAX (440) 964-8056**
**Email: attorneytomsimon@windstream.net**

**JURY DEMAND**

Plaintiff demands a trial by jury.

**THOMAS J. SIMON**
**ATTORNEY FOR PLAINTIFF**

Allstate
You're in good hands.

PLAINTIFF'S EXHIBIT A

Claim# 0441001328

To Whom It May Concern:

I, Jeremy LeBeau, employee of Allstate Insurance Company Irving, Texas, do certify that the enclosed is a copy of policy and or declaration page for the above claim number, showing the coverages that were on the policy at the time of loss of 12/30/2016. The enclosed copy of policy and or declaration page was printed and mailed through Allstate's Output Processing Center.

Claim Support

State of Texas, County of Dallas

On this 1st day of February 2017, before me personally appeared Jeremy LeBeau to me known to be the person who executed the foregoing instrument and acknowledged that he/she executed the same as a free act and deed.

PATRICIA TORRES
Notary Public, State of Texas
My Commission Expires
October 31, 2017

Notary Public

652-3

60-(ss-mm) NOITARUD × 12854569033:INA × 549800895:GISC × E/S-4100X-E7770A:RVS × [emiT dradnatS lartneC] MP 15:20:3 8102/61/1 TA DVCR × 847 EGAP

# Renewal Homeowners Policy Declarations



You're in good hands.

Your policy effective date is September 29, 2016

## Total Premium for the Premium Period (Your bill will be mailed separately)

| Premium for property insured | $1,104.54 |
|---|---|
| **Total** | **$1,104.54** |

*If you do not pay in full, you will be charged an installment fee(s). Refer to your bill for installment fee information.*

## Discounts (included in your total premium)

| Claim Free | 15% | Protective Device | 4% |
|---|---|---|---|
| 55 and Retired | 13% | Home and Auto | 34% |

## Location of property insured

6201 1/2 Lake Rd W, Ashtabula, OH 44004-9757

## Rating Information*

Please review and verify the information regarding your insured property. Please refer to the Important Notice (X67831-1) for additional coverage information. Contact us if you have any changes.

The dwelling is of frame construction and is occupied by 1 family

Your dwelling is 2 miles to the fire department

**Dwelling Style:**
Built in 1936; 1 family; 1058 sq. ft.; 1 story

**Foundation:**
Unexcavated crawl space, 31%     Slab at grade, 69%

**Detached structures:**
One 2-car detached garage     One small shed

**Interior details:**
One builders grade kitchen     One gas fireplace
One basic full bath

**Exterior wall types:**
86% aluminum siding     14% stone on frame

**Interior wall partition:**
100% plaster

**Heating and cooling:**
Average cost central air conditioning,     Gas heating, 100%
100%

**Additional details:**

Information as of August 15, 2016

## Summary

Named Insured(s)
**Glenn Morisue**

Mailing address
**6201 1/2 Lake Rd W**
**Ashtabula OH 44004-9757**

Policy number
980 766 586

Your policy provided by
**Allstate Property and Casualty Insurance Company**

Policy period
Begins on **September 29, 2016** at 12:01 A.M. standard time, with no fixed date of expiration

Premium period
Beginning **September 29, 2016** through **September 29, 2017** at 12:01 A.M. standard time

Your Allstate agency is
**Main Avenue Agency**
4605 Main Avenue
Ashtabula OH 44004
(440) 993-0256
KDAUBENSPECK1@ALLSTATE.COM

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

*(continued)*

DH07088

Renewal Homeowners Policy Declarations

Page 2 of 4

Policy Number: | **980 766 586** |

Policy effective date: September 29, 2016

### Rating Information* (continued)

Interior wall height - 10 ft, 100%

**Fire protection details:**

Fire department subscription - no      2 miles to fire department

**Roof surface material type:**

Composition

• 100% asphalt / fiberglass shingle

*This is a partial list of property details. If the interior of your property includes custom construction, finishes, buildup, specialties or systems, please contact your Allstate representative for a complete description of additional property details.*

## Mortgagee

None

## Additional Interested Party

None

## Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits | $170,212 | ▪ $500 All peril |
| Other Structures Protection | $101,825 | ▪ $500 All peril |
| Personal Property Protection - Reimbursement Provision | $127,659 | ▪ $500 All peril |
| Additional Living Expense | Up to 12 months | |
| Family Liability Protection | $300,000 each occurrence | |
| Guest Medical Protection | $5,000 each person | |
| Building Codes | **Not purchased*** | |
| Water Back-Up | $5,000 | ▪ $500 Water Back-Up |
| Business Property Protection | **Not purchased*** | |
| Business Pursuits | **Not purchased*** | |
| Electronic Data Processing Equipment | **Not purchased*** | |
| Electronic Data Recovery | **Not purchased*** | |
| Extended Coverage on Cameras | **Not purchased*** | |
| Extended Coverage on Jewelry, Watches and Furs | **Not purchased*** | |

*(continued)*

In the event of an assessment, this coverage is subject to all the exclusions applicable to **Sections I** and **II** of this policy and the **Section I and II Conditions**, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

6. **Coverage J**
**Extended Coverage On Jewelry, Watches and Furs**
**Coverage C—Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to the following property, subject to the provisions in this coverage:
a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and
b) furs, including any item containing fur which represents its principal value.

The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to **Coverage C—Personal Property Protection**. However, in no event will coverage be less than would have applied in the absence of **Coverage J**.

We do not cover loss caused by or consisting of:
a) intentional or criminal acts of or at the direction of any **Insured person**, if the loss that occurs:
  1) may be reasonably expected to result from such acts; or
  2) is the intended result of such acts.
b) wear and tear, gradual deterioration, inherent vice, insects or vermin;
c) nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke. We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.
d) war or warlike acts, including, but not limited to, insurrection, rebellion or revolution.

e) failure by any **insured person** to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a cause of loss we cover.

Any deductible shown on the Policy Declarations applicable to **Coverage C— Personal Property Protection**, also applies to a loss under this coverage.

7. **Coverage K**
**Incidental Office, Private School Or Studio**
a) The limits applying to property used or intended for use in a **business** under **Coverage C—Personal Property Protection** do not apply to equipment, supplies and furnishings used in a described office, private school or studio at **your residence premises**. This does not include electronic data processing equipment or the recording or storage . media used with that equipment.

The **Coverage K** limits are shown on the Policy Declarations. The first limit applies to property on the **residence premises**. The second limit applies to property while away from the **residence premises**. These limits are not in addition to **Coverage C—Personal Property Protection, Limitations On Certain Personal Property** on property used or intended for use in a **business**. The increased coverage does not include property held for sample, sale or delivery after sale.

b) **Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection** are extended to cover a described office, private school or studio occupied by an **insured person**. The occupancy of the described property shall not be considered a **business**.

We do not cover **bodily injury** to:
a) any employee other than a **residence employee**; or

Page 2B

b) any person arising out of corporal punishment administered by or at the direction of an **insured person**.

8. **Coverage M**
**Increased Coverage On Money**
The limitation on money, bullion, bank notes, coins and other numismatic property, scrip, stored value cards and smart cards under **Coverage C—Personal Property Protection** is increased to the amount shown on the Policy Declarations.

9. **Coverage P**
**Business Pursuits**
**Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection** are extended to cover specified **business** pursuits of an **insured person.**

We do not cover:

a) **bodily injury** or **property damage** arising out of the **business** pursuits of an **insured person** when the **business** is owned or financially controlled by the **insured person.** This also means a partnership or joint venture of which an **insured person** is a partner or member;

b) **bodily injury** or **property damage** arising out of the rendering of or failure to render a professional service of any nature, other than teaching;

c) **bodily injury** to a fellow employee of an **insured person** arising out of and in the course of employment;

d) **bodily injury** or **property damage** when an **insured person** is a member of a teaching staff or faculty of any school or college and the **bodily injury** or **property damage** arises out of the maintenance or use of saddle animals, vehicles used with

saddle animals, motorized land vehicles, hovercrafts, aircraft or watercraft when owned, hired or operated by an **insured person** or used for the purpose of instruction; or

e) **bodily injury** to any person arising out of corporal punishment administered by or at the direction of an **insured person** when an **insured person** is a member of the teaching staff or faculty of any school of instruction.

10. **Coverage S**
**Increased Coverage On Securities**
The $1,000 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, checks, cashier's checks, traveler's checks, passports, securities, tickets, and stamps, including philatelic property, covered under **Coverage C—Personal Property Protection**, is increased to the amount shown on the Policy Declarations.

11. **Coverage SD**
**Satellite Dish Antennas**
**Coverage C—Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to satellite dish antennas and their systems on **your residence premises**, subject to the provisions of **Coverage C—Personal Property Protection.**

The amount of coverage is shown on the Policy Declarations.

12. **Coverage ST**
**Increased Coverage On Theft Of Silverware**
The limitation on theft of goldware, silverware, pewterware and platinumware under **Coverage C—Personal Property Protection** is increased to the amount shown on the Policy Declarations.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy—Keep It With Your Policy*

### Extended Protection
### Amendatory Endorsement — APC232

I.   In Section I—Your Property, Coverage C—Personal Property Protection is revised as follows:

A.   In Property We Cover Under Coverage C, item 1, is replaced by the following:

1.   Personal property owned or used by an **insured person** anywhere in the world. When personal property is located at a residence other than the **residence premises**, coverage is limited to 10% of **Coverage C—Personal Property Protection.** This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after you begin to move property there, personal property in use at a temporary residence when a direct physical loss we cover makes **your residence premises** uninhabitable, or to personal property in student dormitory, fraternity or sorority housing.

B.   The Limitations On Certain Personal Property provision is replaced by the following:

*Limitations On Certain Personal Property:*
Limitations apply to the following groups of personal property. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Coverage C—Personal Property Protection.** The total amount of coverage for each group in any one loss is as follows:

1.   $200—   Money, bullion, bank notes, coins and other numismatic property, scrip, stored value cards and smart cards.

2.   $200—   Property used or intended for use in a business while the property is away from the **residence premises.** This does not include electronic data processing equipment or the recording or storage media used with that equipment.

3.   $500—   Theft of any recording or storage media while such property is away from the **residence premises,** whether or not it is used with electronic data processing equipment or in a business. Recording or storage media includes, but is not limited to:
a)   tapes;
b)   CDs, DVDs and other discs;
c)   records;
d)   disks;
e)   reels;
f)   cassettes;

Page 1

PAGE 12/48 * RCVD AT 1/16/2018 3:03:51 PM [Central Standard Time] * SVR:A0775-XFX001/4-5/3 * DNIS:8669008945 * CSID: * ANI:3069654821 * DURATION (mm-ss):22-09

Case: 1:18-cv-00267-DCN  Doc #: 1-1  Filed:  02/02/18  12 of 48.  PageID #: 16

g)  cartridges; or
h)  programs.

4.  $1,000~ Trading cards, subject to a maximum amount of $250 per card.

5.  $1,000— Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, checks, cashier's checks, traveler's checks, passports, securities, tickets, and stamps, including philatelic property.

6.  $1,000— Manuscripts, including documents stored on electronic media.

7.  $1,000~ Trailers not used with watercraft.

8.  $2,000— Watercraft, including their attached or unattached trailers, furnishings, equipment, parts, and motors.

9.  $2,000— Property used or intended for use in a business, including property held as samples or for sale or delivery after sale, while the property is on the residence premises. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

10. $2,000— Any motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

11. $10,000—Motorized land vehicles used solely for the service of the insured premises and not licensed for use on public roads. This does not include motorized land vehicles designed for assisting the disabled.

12. $3,000— Theft of firearms, their related equipment, and accessories.

13. $5,000— Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, pewter other than pewterware, platinum other than platinumware and furs, including any item containing fur which represents its principal value, subject to a maximum amount of $1,000 per item.

14. $2,500— Theft of goldware, silverware, pewterware and platinumware.

15. $10,000—Theft of tools and their accessories.

II.  In Section I—Your Property, Additional Protection is revised as follows:

A.  Item 1, Additional Living Expense is replaced by the following:

1.  Additional Living Expense
    a)  We will pay the reasonable increase in living expenses necessary to maintain your normal standard of living when a direct physical loss we cover under Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection makes your residence premises uninhabitable. However, additional living expense

Page 2

due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.

Payment for additional living expense as a result of a covered loss under Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection will be limited to the least of the following:
1) the time period required to repair or replace the property we cover, using due diligence and dispatch; or
2) if you permanently relocate, the shortest time for your household to settle elsewhere; or
3) 12 months.

b) We will pay the reasonable and necessary increase in living expenses for up to two weeks should civil authorities prohibit the use of the residence premises due to a loss at a neighboring premises caused by a loss we insure against. However, payments for increase in living expenses due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.

These periods of time are not limited by the termination of this policy.

We do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

B. Item 9. Power Interruption is replaced by the following:

9. Power Interruption
We will pay for loss to the contents of freezers and refrigerated units on the residence premises caused by the interruption of power which occurs off the residence premises. If a power interruption is known to an insured person, all reasonable means must be used to protect the contents of freezers and refrigerated units.

This coverage does not increase the limit of liability applying to the damaged property.

III. Building Structure Reimbursement Extended Limits
In Section I—Conditions, item 5., How We Pay For A Loss, under c) Building Structure Reimbursement we will replace Item 3) if, at the time of the loss, you have met the following conditions:

A. Insure your dwelling, attached structures and detached building structures to 100% of replacement cost as determined by our estimate completed and based on the accuracy of information you furnished;

B. Have accepted the Property Insurance Adjustment Condition, agree to accept each annual adjustment in the Coverage A—Dwelling Protection limit of liability, and pay any additional premium charged; and

C. Notify us within 60 days of the start of any modifications that increase the aggregate value of your dwelling, attached structures and detached building structures at the residence premises by $5,000 or more, and pay any resulting additional premium due for the increase in value.

Page 3

PAGE 14/48 * RCVD AT 1/16/2018 3:0:51 PM [Central Standard Time] * SVR:A0775-XFX0014-S/3 * DNIS:8660008945 * CSID: * ANI:3306545821 * DURATION (mm-ss):22-09

If, at the time of a covered loss, you meet all of the conditions in A., B., and C. above, then in Section I—Conditions, item 5. How We Pay For A Loss, under c) Building Structure Reimbursement, item 3) is replaced with:

3) 120% of the Limit Of Liability applicable to the building structure(s) as shown on the Policy Declarations for Coverage A—Dwelling Protection or Coverage B—Other Structures Protection, regardless of the number of building structures and structures other than building structures involved in the loss.

If, at the time of a covered loss, you fail to meet any of the conditions in A., B., and C. above, then in Section I—Conditions, item 5., How We Pay For A Loss, under c) Building Structure Reimbursement, item 3) remains:

3) the Limit Of Liability applicable to the building structure(s) as shown on the Policy Declarations for Coverage A—Dwelling Protection or Coverage B—Other Structures Protection, regardless of the number of building structures and structures other than building structures involved in the loss.

IV. In Section II—Family Liability and Guest Medical Protection, under Additional Protection, item 3 is replaced by the following:

3. Damage To Property Of Others
At your request, we will pay up to $1,000 each time an insured person causes property damage to someone else's property. At our option, we will pay the cost to either repair or replace the property damaged by an insured person, without deduction for depreciation.

We will not pay for property damage:
a) to property covered under Section I of this policy;
b) to property intentionally damaged by an insured person who has attained the age of 13;
c) to property owned by or rented to an insured person, any tenant of an insured person, or any resident in your household; or
d) arising out of:
  1) past or present business activities;
  2) any act or omission in connection with a premises, other than an insured premises, owned, rented or controlled by an insured person: or
  3) the ownership or use of a motorized land vehicle, trailer, aircraft, hovercraft or watercraft.

V. In Section III—Optional Protection, under Optional Coverages You May Buy, the following item is added:

13. Coverage WB
Water Back-Up
We will cover sudden and accidental direct physical loss to property we cover under Coverage A—Dwelling Protection, Coverage B—Other Structures Protection and Coverage C—Personal Property Protection caused by water or any other substances within your dwelling or other building structures on the residence premises which:
a. backs up through sewers or drains located within the residence premises; or
b. overflows from a sump pump, sump pump well or other system located within the residence premises designed for the removal of subsurface water which is drained from a foundation area of a structure.

Page 4

The insurance provided by **Coverage WB** shall be excess over any other insurance that also applies to a loss covered under this coverage.

This coverage does not apply if the loss occurs or is in progress within the first ten days that coverage is initially bound.

The specific limit of liability for **Coverage WB** —Water Back-up is shown on your Policy Declarations. This is the total amount available under this coverage for any one loss. The deductible for **Coverage WB** —**Water Back-Up** will apply to a loss covered by this endorsement. The deductible for **Coverage WB** — **Water Back-up** will be shown on your Policy Declarations.

All other policy terms and conditions apply.

Page 5

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Ohio
## Homeowners Amendatory Endorsement — APC316

I. In the **General** section, the following changes are made:

    A. The **Cancellation** provision is deleted and replaced by the following:

**Cancellation**
**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right To Cancel:
**We** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for 60 days, and it is not a renewal with **us**, **we** may cancel this policy for any reason by giving **you** at least 30 days notice before the cancellation takes effect.

When this policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** may cancel this policy for one or more of the following reasons:
1) non-payment of premium;
2) the policy was obtained by misrepresentation, fraud or concealment of material facts;
3) material misrepresentation, fraud or concealment of material facts in presenting a claim, or violation of any of the policy terms; or
4) there has been substantial change or increase in hazard in the risk **we** originally accepted.

If the cancellation is for non-payment of premium, **we** will give **you** at least 10 days notice. If the cancellation is for any other reasons, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not To Renew Or Continue:
**We** have the right not to renew or continue the policy beyond the current premium period. If **we** do not intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the premium period. **Our** mailing the notice of nonrenewal to **you** will be deemed proof of notice.

    B. The following provision is added:

Page 1

**Conditional Reinstatement**
If **we** mail a cancellation notice because **you** did not pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **we** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

II.  In **Section II—Family Liability and Guest Medical Protection, Losses We Cover Under Coverage X** is replaced by the following:

*Losses We Cover Under Coverage X:*
Subject to the terms, conditions and limitations of this policy, **we** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising from an **occurrence** to which this policy applies, and is covered by this part of the policy.

**We** may investigate or settle any claim or suit for covered damages against an **insured person.** If an **insured person** is sued for these damages, **we** will provide a defense with counsel of **our** choice, even if the allegations are groundless, false or fraudulent. **We** are not obligated to pay any claim or judgment after **we** have exhausted **our** limit of liability.

All other policy terms and conditions apply.

Page 2

PAGE 18/48 × RCVD AT 1/16/2018 3:02:51 PM [Central Standard Time] × SVR:A0775-XFX0014-5/3 × DNIS:8666008945 × CSID: × ANI:3306554821 × DURATION (mm-ss):22-09

Case: 1:18-cv-00267-DCN  Doc #: 1-1  Filed:  02/02/18  18 of 48.  PageID #: 22

TAMI PENTEK
CLERK OF COURTS
25 WEST JEFFERSON STREET
JEFFERSON OH 44047



USPS CERTIFIED MAIL

9214 8901 3370 2500 0000 1380 37

**2018 CV 00006**

ALLSTATE PROPERTY AND CASUA
PO BOX 427
HUDSON OH 44236

Renewal Homeowners Policy Declarations
Policy number: **980 766 586**
Policy effective date: September 29, 2016

Page **3** of 4


**Allstate.**
You're in good hands.

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Extended Coverage on Musical Instruments | Not purchased* | |
| Extended Coverage on Sports Equipment | Not purchased* | |
| Fire Department Charges | Not purchased* | |
| Golf Cart | Not purchased* | |
| Home Day Care | Not purchased* | |
| Identity Theft Expenses | Not purchased* | |
| Incidental Office, Private School Or Studio | Not purchased* | |
| Increased Coverage on Money | Not purchased* | |
| Increased Coverage on Securities | Not purchased* | |
| Increased Silverware Theft Limit | Not purchased* | |
| Loss Assessments | Not purchased* | |
| Mine Subsidence | Not purchased* | |
| Satellite Dish Antennas | Not purchased* | |

*\* This coverage can provide you with valuable protection. To help you stay current with
your insurance needs, contact your agent to discuss available coverage options and
other products and services that can help protect you.*

## Scheduled Personal Property Coverage

*Your policy does not include Scheduled Personal Property Coverage. This coverage can provide you with valuable protection. To
help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and
services that can help protect you.*

## Your policy documents

Your Homeowners policy consists of the Policy Declarations and the following documents. Please keep them together.

- Homeowners Policy – APC220
- Ohio Amendatory Endorsement – AP4784
- Extended Protection Amendatory Endorsement – APC232
- Ohio Homeowners Amendatory Endorsement APC316

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Coverage A - Dwelling Protection Limit includes an approximate increase of $1,745 due to the Property Insurance
  Adjustment provision.  Coverage B - Other Structures Protection and Coverage C - Personal Property Protection adjusted
  accordingly.

▶ Please note: This is not a request for payment.  Your bill will be mailed separately.

B90J0HIO




PAGE 20/48 × RCVD AT 1/16/2018 3:05:51 PM [Central Standard Time] × SVR:A0775-XFX0014-4/5 × DNIS:8666008945 × CSID: × ANI:3306554821 × DURATION (mm-ss):22-09

Case: 1:18-cv-00267-DCN Doc #: 1-1 Filed: 02/02/18 20 of 48. PageID #: 24

Renewal Homeowners Policy Declarations                                    Page **4** of 4
Policy number:              **980 766 586**
Policy effective date:        September 29, 2016

---

**Allstate Property and Casualty Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Steven P. Sorenson* (signature)

*Susan L. Lees* (signature)

Steven P. Sorenson                          Susan L. Lees
President                                   Secretary

OH070RBD

065 070 034
160815530117700650H000160815031580005170040070004352
110000053011770650H000160815031580005170040070004352

PAGE 21/48 * RCVD AT 1/16/2018 3:02:51 PM [Central Standard Time] * SVR:XA0775-XFXX0014-S/3 * DNIS:8666008945 * CSID: * ANI:3306554821 * DURATION (mm-ss):22-09

# Allstate Property and Casualty Insurance Company Homeowners Policy

/////////////////

Policy: ((((((((((((((((

Issued to:
)))))))))))))))))))))))))))))))))))))
))))))))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))))))))

Effective: ///////////////////

//////////////////////////////////////
(((((((((((((((((((((((((((((((((((((((((
{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{
{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{{



Allstate Property and Casualty Insurance Company
The Company Named in the Policy Declarations
A Stock Company---Home Office: Northbrook, Illinois 60062

APC220

## Table of Contents

Agreements We Make With You.................2

### General
Definitions Used In This Policy...................2
Insuring Agreement ...................................4
Conformity To State Statutes.....................4
Coverage Changes......................................4
Policy Transfer............................................4
Continued Coverage After Your Death ........4
Cancellation................................................4
Misrepresentation, Fraud or Concealment...5
What Law Will Apply...................................5
Where Lawsuits May Be Brought................5
Action Against Us.......................................6
Arbitration..................................................6

### Section I— Your Property

### Coverage A
#### Dwelling Protection
Property We Cover Under Coverage A..........6
Property We Do Not Cover Under
Coverage A .................................................6

### Coverage B
#### Other Structures Protection
Property We Cover Under Coverage B..........6
Property We Do Not Cover Under
Coverage B .................................................7

### Losses We Cover Under
Coverages A and B......................................7

### Coverage C
#### Personal Property Protection
Property We Cover Under Coverage C...........7
Limitations On Certain Personal Property ....7
Property We Do Not Cover Under
Coverage C ................................................8
Losses We Cover Under Coverage C ............8

### Additional Protection
Additional Living Expense ..........................10
Credit Card, Debit Card or Automated Teller
Machine Card, Bank Fund Transfer Card,
Check Forgery and Counterfeit Money.........10
Debris Removal...........................................11
Emergency Removal Of Property .................11

Fire Department Charges ............................11
Temporary Repairs After A Loss..................11
Trees, Shrubs, Plants and Lawns................12
Temperature Change...................................12
Power Interruption .....................................12
Arson Reward.............................................12
Collapse ....................................................12
Land ..........................................................13
Lock Replacement.......................................13

### Losses We Do Not Cover Under Coverage A,
Coverage B and Coverage C.........................13

### Section I Conditions
Deductible ..................................................16
Insurable Interest and Our Liability .............16
What You Must Do After A Loss....................16
Our Settlement Options ...............................17
How We Pay For A Loss...............................17
Our Settlement Of Loss ...............................19
Appraisal ...................................................19
Abandoned Property....................................20
Permission Granted To You .........................20
Our Rights To Recover Payment...................20
Our Rights To Obtain Salvage......................20
Action Against Us........................................20
Loss To A Pair Or Set..................................20
Glass Replacement......................................20
No Benefit To Bailee....................................20
Other Insurance..........................................20
Property Insurance Adjustment....................20
Mortgagee ..................................................21
Mold, Fungus, Wet Rot and Dry Rot
Remediation as a Direct Result of a Covered
Water Loss...................................................21

### Section II— Family Liability and
### Guest Medical Protection

### Coverage X
#### Family Liability Protection
Losses We Cover Under Coverage X.............22

### Coverage Y
#### Guest Medical Protection
Losses We Cover Under Coverage Y.............22

### Additional Protection
Claim Expense............................................22
Emergency First Aid....................................22

PAGE 23/48 * RCVD AT 1/16/2018 3:03:51 PM [Central Standard Time] * SVR:A0775-XFX0014-5/3 * DNIS:8669008945 * CSID: * ANI:3065454821 * DURATION (mm-ss):22-09

Case: 1:18-cv-00267-DCN Doc #: 1-1 Filed: 02/02/18 23 of 48. PageID #: 27

Damage To Property Of Others .................23

**Losses We Do Not Cover Under Coverage X and
Coverage Y** ...................................................23

**Section II Conditions**
What You Must Do After An
  Accidental Loss..........................................25
What An Injured Person Must Do —
  Coverage Y—Guest Medical Protection ......26
Our Payment of Loss—Coverage Y—
Guest Medical Protection ............................26
Our Limits Of Liability ..................................26
Bankruptcy .................................................26
Our Rights To Recover Payment—
  Coverage X—Family Liability Protection......26
Action Against Us.........................................26
Other Insurance —Coverage X—
  Family Liability Protection............................27

**Section III—Optional Protection**

**Optional Coverages You May Buy**
Coverage BC
  Building Codes .........................................27
Coverage BP
  Increased Coverage On Business
  Property....................................................27
Coverage DP
  Increased Coverage On Electronic
  Data Processing Equipment .....................27
Coverage F
  Fire Department Charges .........................27
Coverage G
  Loss Assessments....................................27
Coverage J
  Extended Coverage On Jewelry, Watches
  and Furs ..................................................28
Coverage K
  Incidental Office, Private School Or
  Studio.......................................................28
Coverage M
  Increased Coverage On Money................29
Coverage P
  Business Pursuits.....................................29
Coverage S
  Increased Coverage On Securities............29
Coverage SD
  Satellite Dish Antennas ...........................29
Coverage ST
  Increased Coverage On Theft Of
  Silverware ...............................................29

## Agreements We Make With You
We make the following agreements with you:

## General

### Definitions Used In This Policy
Throughout this policy, when the following words appear in bold type, they are defined as follows:

1. **Bodily injury** —means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to a) through e) listed above.

   In addition, **bodily injury** does not include any symptom, effect, condition, disease or illness resulting in any manner from:
   a) lead in any form;
   b) asbestos in any form;
   c) radon in any form; or
   d) oil, fuel oil, kerosene, liquid propane or gasoline intended for, or from, a storage tank located at the **residence premises**.

2. **Building structure** —means a structure with walls and a roof.

3. **Business** —means:
   a) any full- or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**.

   However, the mutual exchange of home day care services is not considered a **business**;

Page 2

PAGE 24/48 * RCVD AT 1/16/2018 3:03:51 PM [Central Standard Time] * SVR:A0775-XFAX0014-S/3 * DNIS:8669009845 * CSID: * ANI:3069554821 * DURATION (mm-ss):22-09

b) the rental or holding for rental of property by an **insured person**. Rental of **your residence premises** is not considered a **business** when:
   1) it is rented occasionally for residential purposes;
   2) a portion is rented to roomers or boarders, provided not more than two roomers or boarders reside on the **residence premises** at any one time; or
   3) a portion is rented as a private garage.

4. **Dwelling** —means the single family **building structure** identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

5. **Insured person(s)** —means **you** and, if a resident of **your** household:
   a) any relative; and
   b) any person under the age of 21 in **your** care.

   Under **Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection, insured person** also means:
   a) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person**. We do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner;
   b) with respect to the use of any vehicle covered by this policy, any person while engaged in the employment of an **insured person**.

6. **Insured premises** —means:
   a) the **residence premises**; and
   b) under **Section II** only:
      1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds

**you** acquire for **your** use as a private residence while this policy is in effect;
   2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
   3) cemetery plots or burial vaults owned by an **insured person**;
   4) land owned by or rented to an **insured person** where a single family dwelling is being built as that person's residence;
   5) any premises used by an **insured person** in connection with the **residence premises**;
   6) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

7. **Occurrence** —means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in **bodily injury** or **properly damage**.

8. **Property damage** —means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

9. **Remediation** —means the reasonable and necessary treatment, removal or disposal of mold, fungus, wet rot or dry rot as required to complete repair or replacement of property **we** cover under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** or **Coverage C —Personal Property Protection** damaged by a covered water loss, including payment for any reasonable increase in living expenses necessary to maintain **your** normal standard of living if mold, fungus, wet rot or dry rot makes **your residence premises** uninhabitable. **Remediation** also includes any investigation or testing to detect, measure or evaluate mold, fungus, wet rot or dry rot.

10. **Residence employee**—means an employee of an **Insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes

No. 0051   P. 24
Jan. 16. 2018   4:11PM

similar duties performed elsewhere for an **insured person**, not in connection with the **business** of an **insured person**.

11. **Residence premises** —means the **dwelling**, other structures and land located at the address stated on the Policy Declarations.

12. **We**, **us** or **our** —means the company named on the Policy Declarations.

13. **You** or **your** —means the person listed under Named Insured(s) on the Policy Declarations as the Insured and that person's resident spouse.

## *Insuring Agreement*

In reliance on the information **you** have given **us**, **we** agree to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with the policy terms and conditions, and inform **us** of any change in title, use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period. The Policy Period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

This policy imposes joint obligations on the Named Insured(s) listed on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

This policy imposes joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

## *Conformity To State Statutes*

When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

## *Coverage Changes*

When **we** broaden coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information **you** have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, is incorrect or incomplete, **we** may adjust **your** coverage and premium accordingly during the premium period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

## *Policy Transfer*

**You** may not transfer this policy to another person without **our** written consent.

## *Continued Coverage After Your Death*

If **you** die, coverage will continue until the end of the premium period for:
1) **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death.
2) an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

## *Cancellation*

**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right to Cancel:
**We** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy

Page 4

PAGE 26/48 * RCVD AT 1/16/2018 3:03:51 PM [Central Standard Time] * SVR:A0775-XFX0014-5/3 * DNIS:8669008945 * CSID: * ANI:3065454821 * DURATION (mm-ss):22-09

Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us**, **we** may cancel this policy for any reason by giving **you** at least 10 days notice before the cancellation takes effect.

When the policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** may cancel this policy for one or more of the following reasons:
1) non-payment of premium;
2) the policy was obtained by misrepresentation, fraud or concealment of material facts;
3) material misrepresentation, fraud or concealment of material facts in presenting a claim, or violation of any of the policy terms; or
4) there has been a substantial change or increase in hazard in the risk **we** originally accepted.

If the cancellation is for non-payment of premium, **we** will give **you** at least 10 days notice. If the cancellation is for any of the other reasons, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Renew or Continue:
**We** have the right not to renew or continue the policy beyond the current premium period. If **we** do not intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the premium period. **Our** mailing the notice of nonrenewal to **you** will be deemed proof of notice.

## Misrepresentation, Fraud or Concealment

**We** may void this policy if it was obtained by misrepresentation, fraud or concealment of material facts. If **we** determine that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

**We** do not cover any loss or **occurrence** in which any **insured person** has concealed or misrepresented any material fact or circumstance.

## What Law Will Apply

This policy is issued in accordance with the laws of the state in which the **residence premises** is located and covers property or risks principally located in that state. Subject to the following paragraph, the laws of the state in which the **residence premises** is located shall govern any and all claims or disputes in any way related to this policy.

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy happens outside the state in which the **residence premises** is located, claims or disputes regarding that covered loss to property, or any other covered **occurrence** may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered **occurrence** happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

## Where Lawsuits May Be Brought

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in the state in which the **residence premises** is located. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in the state in which the **residence premises** is located, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy happens outside the state in which the **residence premises** is located, lawsuits regarding that covered loss to property, or any other covered **occurrence** may also be brought in the judicial district where that covered loss to property, or any other covered **occurrence** happened.

Page 5

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

### Action Against Us

No one may bring an action against **us** unless there has been full compliance with all policy terms.

Any action against **us** to which neither the **Action Against Us** provision located in **Section I Conditions** nor the **Action Against Us** provision located in **Section II Conditions** applies must be commenced within one year of the date the cause of action accrues.

If an action is brought asserting claims relating to the existence or amount of coverage, or the amount of loss for which coverage is sought, under different coverages of this policy, the claims relating to each coverage shall be treated as if they were separate actions for the purpose of the time limit to commence action.

### Arbitration

Any claim or dispute in any way related to this policy, by an **insured person** against **us** or **us** against an **insured person**, may be resolved by arbitration only upon mutual consent of the parties. Arbitration pursuant to this provision shall be subject to the following:
a) no arbitrator shall have the authority to award punitive damages or attorney's fees;
b) neither of the parties shall be entitled to arbitrate any claims or disputes in a representative capacity or as a member of a class; and
c) no arbitrator shall have the authority, without the mutual consent of the parties, to consolidate claims or disputes in arbitration.

## Section I – Your Property

### Coverage A
### Dwelling Protection

#### Property We Cover Under Coverage A:
1. **Your dwelling** including attached structures. Structures connected to **your dwelling** by only a fence, utility line, or similar connection are not considered attached structures.

2. Construction materials and supplies at the **residence premises** for use in connection with **your dwelling**.

3. Wall-to-wall carpeting fastened to **your dwelling**.

#### Property We Do Not Cover Under Coverage A:
1. Any structure including fences or other property covered under **Coverage B – Other Structures Protection**.

2. Land.

3. Satellite dish antennas and their systems, whether or not attached to **your dwelling**.

### Coverage B
### Other Structures Protection

#### Property We Cover Under Coverage B:
1. Structures at the address shown on the Policy Declarations separated from **your dwelling** by clear space.

2. Structures connected to **your dwelling** by only a fence, utility line, or similar connection.

3. Construction materials and supplies at the address of the **residence premises** for use in connection with structures other than **your dwelling**.

4. Wall-to-wall carpeting fastened to **building structures** on the **residence premises** other than **your dwelling**.

## Property We Do Not Cover Under Coverage B:

1. Structures used in whole or in part for **business** purposes.

2. Any structure or other property covered under **Coverage A—Dwelling Protection.**

3. Land.

4. Construction materials and supplies at the address of the **residence premises** for use in connection with the **dwelling.**

5. Satellite dish antennas and their systems, whether or not attached to **building structures.**

## Losses We Cover Under Coverages A and B:

We will cover sudden and accidental direct physical loss to property described in **Coverage A—Dwelling Protection** and **Coverage B—Other Structures Protection** except as limited or excluded in this policy.

## Coverage C
## Personal Property Protection

### Property We Cover Under Coverage C:

1. Personal property owned or used by an **insured person** anywhere in the world. When personal property is located away from the **residence premises**, coverage is limited to 10% of **Coverage C—Personal Property Protection.**

2. At **your** option, personal property owned by a guest or **residence employee** while the property is in a residence **you** are occupying.

### Limitations On Certain Personal Property:

Limitations apply to the following groups of personal property. If personal property can reasonably be

considered a part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Coverage C—Personal Property Protection.** The total amount of coverage for each group in any one loss is as follows:

1. $50 — Money, bullion, bank notes, coins and other numismatic property, scrip, stored value cards and smart cards.

2. $200 — Property used or intended for use in a **business** while the property is away from the **residence premises.** This does not include electronic data processing equipment or the recording or storage media used with that equipment.

3. $250 — Theft of any recording or storage media while such property is away from the **residence premises,** whether or not it is used with electronic data processing equipment or in a **business.** Recording or storage media includes, but is not limited to:
   a) tapes;
   b) CDs, DVDs and other discs;
   c) records;
   d) disks;
   e) reels;
   f) cassettes;
   g) cartridges; or
   h) programs.

4. $500 — Theft of tools and their accessories.

5. $1,000 — Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, pewter other than pewterware, platinum other than platinumware and furs, including any item containing fur which represents its principal value.

6. $1,000 — Property used or intended for use in a **business,** including property held as samples or for sale or delivery after sale, while the property is on the **residence premises.** This does not

Page 7

PAGE 29/48 * RCVD AT 1/16/2018 3:03:51 PM [Central Standard Time] * SVR:A0775-XFX0014-5/3 * DNIS:8669008945 * CSID: * ANI:3306554821 * DURATION (mm-ss):22-09

include electronic data processing equipment or the recording or storage media used with that equipment.

7. $1,000 — Trading cards, subject to a maximum amount of $250 per card.

8. $1,000 — Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, checks, cashier's checks, traveler's checks, passports, securities, tickets, and stamps, including philatelic property.

9. $1,000 — Manuscripts, including documents stored on electronic media.

10. $1,000 — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts, and motors.

11. $1,000 — Trailers not used with watercraft.

12. $1,000 — Any motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

13. $1,500 — Electronic data processing equipment and the recording or storage media used with that equipment whether or not the equipment is used in a **business**. Recording or storage media will be covered only up to:
   a) the retail value of the media, if pre-programmed; or
   b) the retail value of the media in blank or unexposed form, if blank or self-programmed.

14. $2,000 — Theft of firearms, their related equipment, and accessories.

15. $2,500 — Motorized land vehicles used solely for the service of the **insured premises** and not licensed for use on public roads. This does not include motorized land vehicles designed for assisting the disabled.

16. $2,500 — Theft of goldware, silverware, pewterware and platinumware.

## Property We Do Not Cover Under Coverage C:

1. Personal property specifically described and insured by this or any other insurance.

2. Animals.

3. Motorized land vehicles, including, but not limited to, any land vehicle powered or assisted by a motor or engine. We do not cover any motorized land vehicle parts, equipment or accessories attached to or located in or upon any motorized land vehicle. We do cover motorized land vehicles designed for assisting the disabled or used solely for the service of the **insured premises** and not licensed for use on public roads subject to **Limitations On Certain Personal Property**, item 15.

4. Aircraft and aircraft parts. This does not include model or hobby craft not designed to carry people or cargo.

5. Property of roomers, boarders, or tenants not related to **you**.

6. Property located away from the **residence premises** and rented or held for rental to others.

7. Satellite dish antennas and their systems.

## Losses We Cover Under Coverage C:

We will cover sudden and accidental direct physical loss to the property described in **Coverage C — Personal Property Protection**, except as limited or excluded in this policy, caused by:

1. Fire or Lightning.

2. Windstorm or Hail.

   We do not cover:
   a) loss to covered property inside a **building structure**, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind

Page 8

Case: 1:18-cv-00267-DCN   Doc #: 1-1   Filed: 02/02/18   30 of 48.   PageID #: 34

forces rain, snow, sleet, sand or dust through the damaged roof or wall;

b) loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed **building structure**. However, **we** do cover canoes and rowboats on the **residence premises**.

3. Explosion.

4. Riot or Civil Commotion, including pillage and looting during, and at the site of, the riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles.

7. Smoke.

   **We** do not cover loss caused by smoke from the manufacturing of controlled substances, agricultural smudging or industrial operations.

8. Vandalism and Malicious Mischief.

   **We** do not cover vandalism or malicious mischief if **your dwelling** has been vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

9. Falling objects.

   **We** do not cover loss to personal property inside a **building structure** unless the falling object first damages the exterior walls or roof of the **building structure**.

10. Weight of ice, snow or sleet which causes damage to personal property in a **building structure**, but only if the **building structure** is damaged due to the weight of ice, snow or sleet.

11. Increase or decrease of artificially generated electrical current to electronics, electrical appliances, fixtures and wiring.

12. Bulging, burning, cracking or rupture of a steam or hot water heating system, an air conditioning system, an automatic fire protection system or an appliance for heating water.

13. Water or steam that escapes from a plumbing, heating or air conditioning system, an automatic fire protection system, or from a household appliance due to accidental discharge or overflow.

    **We** do not cover loss to the system or appliance from which the water or steam escapes, or loss from water which backs up through sewers or drains or overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

14. Freezing of a plumbing, heating or air conditioning system or a household appliance.

    **We** do not cover loss at the **residence premises** under perils 12), 13), and 14) caused by or resulting from freezing while the **building structure** is vacant, unoccupied or under construction unless **you** have used reasonable care to:
    a) maintain heat in the **building structure**; or
    b) shut off the water supply and drain the water from the systems and appliances.

15. Theft, or attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police.

    **We** do not cover:
    a) theft or attempted theft committed by an **insured person**;
    b) theft in or from the **residence premises** while under construction or of materials and supplies for use in construction, until the **dwelling** is completed and occupied;

    Page 9

c) theft of any property while at any other residence owned, rented to or occupied by an **insured person** unless the **insured person** is temporarily residing there;

d) theft of trailers, campers, watercraft, including furnishings, equipment and outboard motors, away from the **residence premises**;

e) theft from that part of the **residence premises** rented by **you** to other than an **insured person**.

16. Breakage of glass, meaning damage to covered personal property caused by breakage of glass constituting a part of any **building structure** on the **residence premises.** This does not include damage to the glass.

## Additional Protection

1. **Additional Living Expense**

   a) **We** will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living when a direct physical loss **we** cover under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** or **Coverage C—Personal Property Protection** makes **your residence premises** uninhabitable. However, additional living expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

   Payment for additional living expense as a result of a covered loss under **Coverage A—Dwelling Protection, Coverage B— Other Structures Protection** or **Coverage C—Personal Property Protection** will be limited to the least of the following:

   1) the time period required to repair or replace the property **we** cover, using due diligence and dispatch; or

   2) if **you** permanently relocate, the shortest time for **your** household to settle elsewhere; or

   3) 12 months.

   Additional Living Expense will not exceed the amount indicated on **your** Policy Declarations.

   b) **We** will pay the reasonable and necessary increase in living expenses for up to two weeks should civil authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by a loss **we** insure against. However, payments for increase In living expenses due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

   These periods of time are not limited by the termination of this policy.

   **We** do not cover any lost Income or expense due to the cancellation of a lease or agreement.

   No deductible applies to this protection.

2. **Credit Card, Debit Card or Automated Teller Machine Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money**
   **We** will pay for loss:
   a) that an **insured person** is legally required to pay for the unauthorized use of any
      1) credit card;
      2) debit or automated teller machine card;
      3) bank fund transfer card;
      4) code;
      5) account number;
      6) personal identification number; or
      7) other means of account access that can be used, alone or in conjunction with items 1) through 7) above, to obtain money, goods, services, or any other thing

**Page 10**

PAGE 32/48 * RCVD AT 1/16/2018 3:03:51 PM [Central Standard Time] * SVR:A0775-XFAX0014-5/3 * DNIS:8669009845 * CSID: * ANI:3065454821 * DURATION (mm-ss):22-09

of value, or that can be used to initiate a transfer of funds.

b)  caused by forgery or alteration of a check or negotiable instrument made or drawn upon an **insured person's** account;

c)  to an **insured person** through acceptance in good faith of counterfeit United States or Canadian paper currency.

**Our** maximum limit of liability for any one loss is $1,000, regardless of the number of persons involved. All loss due to forgery or unauthorized use by or involving any one person is considered one loss.

We do not cover:

a)  loss arising from any **business** of an **insured person**;

b)  loss caused by or at the direction of an **insured person** or any other person who has been entrusted with any credit card, debit or automated teller machine card, or bank fund transfer card;

c)  loss arising out of dishonesty of an **insured person**.

When loss is discovered, the **insured person** must give **us** immediate notice. If the loss involves a credit card, debit or automated teller machine card, or bank fund transfer card, the **insured person** must also give immediate notice to the company or bank that issued the card. Failure to comply with the terms and conditions of the card voids this protection.

**We** will pay only for loss occurring during the policy period, including those losses discovered and reported to **us** within one year after the policy has terminated. **We** have the right to investigate and settle any claim or suit as **we** deem appropriate. Full payment of the amount of insurance for any one loss ends **our** obligation under each claim or suit arising from the loss.

When this coverage applies, **we** will defend any suit brought against an **insured person** for the enforcement of payment that an **insured person** is legally required to make as a result

of the unauthorized use of any credit card, debit or automated teller machine card, or bank fund transfer card issued to or registered in the name of an **insured person**. The defense will be at **our** expense, with counsel of **our** choice.

When this coverage applies, **we** have the option to defend an **insured person** or the **insured person's** bank against a suit for the enforcement of payment legally required to be made as a result of forgery or alteration of a check or negotiable instrument made or drawn upon an **insured person's** account. The defense will be at **our** expense, with counsel of **our** choice.

No deductible applies to this protection.

3.  **Debris Removal**
    We will pay reasonable expenses **you** incur to remove debris of covered property damaged by a loss **we** cover. If the loss to the covered property and the cost of debris removal are more than the Limit Of Liability shown on the Policy Declarations for the covered property, **we** will pay up to an additional 5% of that limit for debris removal.

4.  **Emergency Removal Of Property**
    We will pay for sudden and accidental direct physical loss to covered property from any cause while removed from a premises because of danger from a loss **we** cover. Protection is limited to a 30-day period from date of removal. This protection does not increase the limit of liability that applies to the covered property.

5.  **Fire Department Charges**
    We will pay up to $500 for service charges made by fire departments called to protect **your** property from a loss **we** cover at the **residence premises**. No deductible applies to this protection.

6.  **Temporary Repairs After A Loss**
    We will reimburse **you** up to $5,000 for the reasonable and necessary cost **you** incur for temporary repairs to protect covered property from further imminent covered loss following a loss **we** cover. This coverage does not increase

Page 11

the limit of liability applying to the property being repaired.

7. **Trees, Shrubs, Plants and Lawns**
We will pay up to 5% of the Limit Of Liability shown on the Policy Declarations under **Coverage A—Dwelling Protection** for loss to trees, shrubs, plants and lawns at the address of the **residence premises. We** will not pay more than $500 for any one tree, shrub, or plant including expenses incurred for removing debris. This coverage applies only to direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the **residence premises,** vandalism or malicious mischief, theft or collapse of a **building structure** or any part of a **building structure.**

We will pay up to $500 for reasonable expenses **you** incur for the removal of debris of trees at the address of the **residence premises** for direct physical loss caused by windstorm, hail, or weight of ice, snow or sleet. The fallen tree must have caused damage to property covered under **Coverage A—Dwelling Protection** or **Coverage B—Other Structures Protection.**

We do not cover trees, shrubs, plants, or lawns grown for **business** purposes.

This coverage does not increase the limit of liability applying to the damaged property.

8. **Temperature Change**
We will pay for loss to covered personal property in a **building structure** at the **residence premises** resulting from a change in temperature. The change in temperature must result from a covered loss to the **building structure.**

This coverage does not increase the limit of liability applying to the damaged property.

9. **Power Interruption**
We will pay up to $500 for loss to the contents of freezers and refrigerated units on the

**residence premises** caused by the interruption of power which occurs off the **residence premises.** If a power interruption is known to an **insured person,** all reasonable means must be used to protect the contents of freezers and refrigerated units.

This coverage does not increase the limit of liability applying to the damaged property.

10. **Arson Reward**
We will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered under **Section I** of this policy. The $5,000 limit applies regardless of the number of persons providing information.

11. **Collapse**
We will cover at the **residence premises**:
a) the entire collapse of a covered **building structure;**
b) the entire collapse of part of a covered **building structure;** and
c) direct physical loss to covered property caused by a) or b) above.

For coverage to apply, the collapse of a **building structure** specified in a) or b) above must be a sudden and accidental direct physical loss caused by one or more of the following:
a) a loss we cover under **Section I, Coverage C—Personal Property Protection;**
b) weight of persons, animals, equipment or contents;
c) weight of rain, snow or ice which collects on a roof;
d) defective methods or materials used in construction, repair, remodeling or renovation, but only if the collapse occurs in the course of such construction, repair, remodeling or renovation.

Collapse as referenced herein means the covered **building structure** or part of the covered **building structure** has actually fallen down or fallen into pieces unexpectedly and

Page 12

PAGE 34/48 * RCVD AT 1/16/2018 3:02:51 PM [Central Standard Time] * SVR:A0775-XFX0014-S/3 * DNIS:8666008945 * CSID: * ANI:3065545821 * DURATION (mm-ss):22-09

instantaneously. It does not include settling, cracking, shrinking, bulging, expansion, sagging, or bowing. Furthermore, collapse does not include or mean substantial structural impairment or imminent collapse.

Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, fuel oil tank, septic tank, cistern or similar system, foundation, retaining wall, bulkhead, pier, wharf or dock is not included, unless the loss is a direct result of the collapse of a **building structure** or part of a **building structure** that is a sudden and accidental direct physical loss caused by one or more of the following:

a) a loss we cover under **Section I, Coverage C—Personal Property Protection**;

b) weight of persons, animals, equipment or contents; weight of rain, snow or ice which collects on a roof;

c) defective methods or materials used in construction, repair, remodeling or renovation, but only if the collapse occurs in the course of such construction, repair, remodeling or renovation.

This coverage does not increase the limit of liability applying to the covered property.

12. **Land**

If a sudden and accidental direct physical loss results in both a covered loss to the **dwelling**, other than the breakage of glass or safety glazing material, and a loss of land stability, **we** will pay up to $10,000 as an additional amount of insurance for repair costs associated with the land. This includes the costs required to replace, rebuild, stabilize or otherwise restore the land necessary to support that part of the **dwelling** sustaining the covered loss.

The **Section I—Losses We Do Not Cover Under Coverage A, Coverage B and Coverage C** reference to earth movement does not apply to the loss of land stability provided under this Additional Protection.

13. **Lock Replacement**

When a key to a lock is stolen as part of a covered theft loss, **we** will pay under **Coverage A—Dwelling Protection** the reasonable expenses **you** incur to replace or re-key exterior door locks at the **residence premises** with locks or cylinders of like kind and quality. The limit of liability under this coverage following any one theft loss is $500.

This coverage does not increase the limit of liability that applies to the covered property.

## Losses We Do Not Cover Under Coverage A, Coverage B and Coverage C

A. **We** do not cover loss to the property described in **Coverage A—Dwelling Protection** or **Coverage B—Other Structures Protection** consisting of or caused by the following:

1. Freezing of:
   a) plumbing, fire protective sprinkler systems, heating or air conditioning systems;
   b) household appliances; or
   c) swimming pools, hot tubs and spas within the **dwelling**, their filtration and circulation systems;

   or discharge, leakage or overflow from within a), b) or c) above, caused by freezing, while the **building structure** is vacant, unoccupied or being constructed unless **you** have used reasonable care to:
   a) maintain heat in the **building structure**; or
   b) shut off the water supply and drain the system and appliances.

2. Freezing, thawing, pressure or weight of water, snow or ice, whether driven by wind or not. This exclusion applies to fences, pavements, patios, foundations, retaining walls, bulkheads, piers, wharves and docks. This exclusion also applies to swimming pools, hot tubs, spas, their filtration and circulation systems if the swimming pool, hot tub or spa is not located within a heated portion of the **dwelling**.

Page 13

Case: 1:18-cv-00267-DCN Doc #: 1-1 Filed: 02/02/18 35 of 48. PageID #: 39

3. Seepage, meaning continuous or repeated seepage or leakage over a period of weeks, months, or years, of water, steam or fuel:
   a) from a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or
   b) from, within or around any plumbing fixtures, including, but not limited to shower stalls, shower baths, tub installations, sinks or other fixtures designed for the use of water or steam.

4. Collapse, except as specifically provided in **Section I—Additional Protection** under Item 11, "Collapse."

5. Theft from **your residence premises** while **your dwelling** is under construction, or of materials and supplies for use in construction, until **your dwelling** is completed and occupied.

6. Vandalism or Malicious Mischief if **your dwelling** is vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

7. a) wear and tear, aging, marring, scratching, deterioration, inherent vice, or latent defect;
   b) mechanical breakdown;
   c) growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;
   d) rust or other corrosion;
   e) contamination, including, but not limited to, the presence of toxic, noxious or hazardous gasses, chemicals, liquids, solids or other substances at the **residence premises** or in the air, land or water serving the **residence premises**;
   f) smog, smoke from the manufacturing of any controlled substance,

agricultural smudging and industrial operations;
   g) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings;
   h) insects, rodents, birds or domestic animals. **We** do cover the breakage of glass or safety glazing materials caused by birds; or
   i) seizure by government authority.

If any of a) through h) cause the sudden and accidental escape of water or steam from a plumbing, heating or air conditioning system, household appliance or fire protective sprinkler system within **your dwelling**, **we** cover the direct physical damage caused by the water or steam. If loss to covered property is caused by water or steam not otherwise excluded, **we** will cover the cost of tearing out and replacing any part of **your dwelling** necessary to repair the system or appliance. This does not include damage to the defective system or appliance from which the water escaped.

8. Soil conditions, including, but not limited to, corrosive action, chemicals, compounds, elements, suspensions, crystal formations or gels in the soil.

B. **We** do not cover loss to the property described in **Coverage A—Dwelling Protection** or **Coverage B—Other Structures Protection** when:
   1) there are two or more causes of loss to the covered property; and
   2) the predominant cause(s) of loss is (are) excluded under items A.1 through A.8 above.

C. **We** do not cover loss to the property described in **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** or **Coverage C—Personal Property Protection** consisting of or caused by the following:

Page 14

1. Flood, including, but not limited to, surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2. Water or any other substance that:
   a) backs up through sewers or drains; or
   b) overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

3. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises**.

   We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 3 listed above.

4. Earth movement of any type, including, but not limited to, earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

   We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

5. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure**, other structure or land at the **residence premises**.

We do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

6. The failure by any **insured person** to take all reasonable steps to save and preserve property when the property is endangered by a cause of loss we cover.

7. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person**.

8. Intentional or criminal acts of or at the direction of any **insured person**, if the loss that occurs:
   a) may be reasonably expected to result from such acts; or
   b) is the intended result of such acts.

   This exclusion applies regardless of whether or not the **insured person** is actually charged with, or convicted of, a crime.

9. Weather Conditions that contribute in any way with a cause of loss excluded under **Losses We Do Not Cover Under Coverage A, Coverage B and Coverage C** to produce a loss.

10. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a) planning, zoning, development, surveying, siting;
    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance

    of property whether on or off the **residence premises** by any person or organization.

Page 15

11. Vapors, fumes, acids, toxic chemicals,
toxic gasses, toxic liquids, toxic solids,
waste materials or other irritants,
contaminants or pollutants.

D. We do not cover loss to the property described
in **Coverage A—Dwelling Protection**,
**Coverage B—Other Structures Protection** or
**Coverage C—Personal Property Protection**
when:
1) there are two or more causes of loss to
the covered property; and
2) the predominant cause(s) of loss is (are)
excluded under items C.1. through C.11
above.

E. We do not cover loss to the property described
in **Coverage A—Dwelling Protection**,
**Coverage B—Other Structures Protection** or
**Coverage C—Personal Property Protection**
consisting of or caused by mold, fungus, wet
rot, dry rot or bacteria. This includes any loss
which, in whole or in part, arises out of, is
aggravated by or results from mold, fungus,
wet rot, dry rot or bacteria.

This exclusion applies regardless of whether
mold, fungus, wet rot, dry rot or bacteria arises
from any other cause of loss, including but not
limited to a loss involving water, water
damage or discharge, which may otherwise be
covered by this policy, except as specifically
provided in **Section I, Conditions—Mold,
Fungus, Wet Rot and Dry Rot Remediation as
a Direct Result of a Covered Water Loss**.

F. We do not cover loss to the property described
in **Coverage A—Dwelling Protection**,
**Coverage B—Other Structures Protection** or
**Coverage C—Personal Property Protection**
consisting of or caused by the following. These
exclusions apply regardless of whether any
other cause contributed concurrently or in any
sequence to produce the loss:
1. Nuclear action, meaning nuclear reaction,
discharge, radiation or radioactive
contamination, or any consequence of any
of these. Loss caused by nuclear action is
not considered loss by fire, explosion or
smoke.

We do cover sudden and accidental direct
physical loss by fire resulting from nuclear
action.

2. War or warlike acts, including, but not
limited to, insurrection, rebellion or
revolution.

## Section I Conditions

1. **Deductible**
We will pay when a covered loss exceeds the
applicable deductible shown on the Policy
Declarations. We will then pay only the excess
amount, unless we have indicated otherwise
in this policy.

2. **Insurable Interest and Our Liability**
In the event of a covered loss, we will not pay
for more than an **insured person's** insurable
interest in the property covered, nor more than
the amount of coverage afforded by this policy.

3. **What You Must Do After A Loss**
In the event of a loss to any property that may
be covered by this policy, **you** must:
a) Immediately give **us** or **our** agent notice.
Report any theft to the police as soon as
possible. If the loss involves a credit card,
debit or automated teller machine card, or
bank fund transfer card, give notice to the
company or bank that issued the card.
b) protect the property from further loss.
Make any reasonable repairs necessary to
protect it. Keep an accurate record of any
repair expenses.
c) separate damaged from undamaged
personal property. Give **us** a detailed list
of the damaged, destroyed or stolen
property, showing the quantity, cost,
actual cash value and the amount of loss
claimed.
d) give **us** all accounting records, bills,
invoices and other vouchers, or certified
copies, which **we** may reasonably request
to examine and permit **us** to make copies.
e) produce receipts for any increased costs
to maintain **your** standard of living while

Page 16

you reside elsewhere, and records supporting any claim for loss of rental income.

f) as often as we reasonably require:
1) show us the damaged property.
2) at our request, submit to examinations under oath, separately and apart from any other person defined as you or insured person and sign a transcript of the same.
3) produce representatives, employees, members of the insured person's household or others to the extent it is within the insured person's power to do so; and

g) within 60 days after the loss, give us a signed, sworn proof of the loss. This statement must include the following information:
1) the date, time, location and cause of loss;
2) the interest insured persons and others have in the property, including any encumbrances;
3) the actual cash value and amount of loss for each item damaged, destroyed or stolen;
4) any other insurance that may cover the loss;
5) any changes in title, use, occupancy or possession of the property that have occurred during the policy period;
6) at our request, the specifications of any damaged building structure or other structure; and
7) evidence supporting any claim under the Credit Card, Debit or Automated Teller Machine Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money protection. State the cause and amount of loss.

We have no duty to provide coverage under this section if you, an insured person, or a representative of either fail to comply with items a) through g) above, and this failure to comply is prejudicial to us.

4. Our Settlement Options
In the event of a covered loss, we have the option to:

a) repair, rebuild or replace all or any part of the damaged, destroyed or stolen property with property of like kind and quality within a reasonable time; or
b) pay for all or any part of the damaged, destroyed or stolen property as described in Condition 5 " How We Pay For A Loss."

Within 30 days after we receive your signed, sworn proof of loss we will notify you of the option or options we intend to exercise.

5. How We Pay For A Loss
Under Coverage A—Dwelling Protection, Coverage B —Other Structures Protection and Coverage C —Personal Property Protection, payment for covered loss will be by one or more of the following methods:

a) Special Payment. At our option, we may make payment for a covered loss before you repair, rebuild or replace the damaged, destroyed or stolen property if:
1) the whole amount of loss for property covered under Coverage A— Dwelling Protection and Coverage B —Other Structures Protection, without deduction for depreciation, is less than $2,500 and if the property is not excluded from the Building Structure Reimbursement provision, or;
2) the whole amount of loss for property covered under Coverage C— Personal Property Protection, without deduction for depreciation, is less than $2,500 and if your Policy Declarations shows that the Personal Property Reimbursement provision applies, and the property is not excluded from the Personal Property Reimbursement provision.

b) Actual Cash Value. If you do not repair or replace the damaged, destroyed or stolen property, payment will be on an actual cash value basis. This means there may be a deduction for depreciation. Payment will not exceed the Limit Of Liability shown on the Policy Declarations for the coverage that applies to the damaged,

Page 17

PAGE 39/48 * RCVD AT 1/16/2018 3:02:51 PM [Central Standard Time] * SVR:A0775-XFX0014-5/3 * DNIS:8669008945 * CSID: * ANI:3069545821 * DURATION (mm-ss):22-09

destroyed or stolen property, regardless of the number of items involved in the loss.

You may make claim for additional payment as described in paragraph c) and paragraph d) below, if applicable, if you repair or replace the damaged, destroyed or stolen covered property within 180 days of the actual cash value payment.

c) Building Structure Reimbursement. Under **Coverage A—Dwelling Protection** and **Coverage B—Other Structures Protection, we** will make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a **building structure** damaged by a covered loss. This additional payment shall not include any amounts which may be paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss**, and shall not be payable for any losses excluded in **Section I—Your Property**, under **Losses We Do Not Cover Under Coverage A, Coverage B and Coverage C, section E.**

Building Structure Reimbursement will not exceed the smallest of the following amounts:
1) the replacement cost of the part(s) of the **building structure(s)** for equivalent construction for similar use on the same **residence premises**;
2) the amount actually and necessarily spent to repair or replace the damaged **building structure(s)** with equivalent construction for similar

use on the same **residence premises;** or
3) the Limit Of Liability applicable to the **building structure(s)** as shown on the Policy Declarations for **Coverage A—Dwelling Protection** or **Coverage B—Other Structures Protection**, regardless of the number of **building structures** and structures other than **building structures** involved in the loss.

If **you** replace the damaged **building structure(s)** at an address other than shown on the Policy Declarations through construction of a new structure or purchase of an existing structure, such replacement will not increase the amount payable under Building Structure Reimbursement described above. The amount payable under Building Structure Reimbursement described above does not include the value of any land associated with the replacement structure(s).

Building Structure Reimbursement payment will be limited to the difference between any actual cash value payment made for the covered loss to **building structures** and the smallest of 1), 2) or 3) above.

Building Structure Reimbursement will not apply to:
1) property covered under **Coverage C — Personal Property Protection;**
2) property covered under **Coverage B — Other Structures Protection** that is not a **building structure;**
3) wall-to-wall carpeting, fences, awnings and outdoor antennas whether or not fastened to a **building structure;** or
4) land.

Payment under a), b), or c) above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction,

Page 18

maintenance, repair, relocation or demolition of **building structures** or other structures.

d) Personal Property Reimbursement. Under **Coverage C—Personal Property Protection, we** will make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered personal property or wall-to-wall carpeting within 180 days of the actual cash value payment.

Personal Property Reimbursement payment will not exceed the smallest of the following amounts:
1) the amount actually and necessarily spent to repair or replace the property with similar property of like kind and quality;
2) the cost of repair or restoration; or
3) the Limit Of Liability shown on the Policy Declarations for **Coverage C— Personal Property Protection,** or any special limit of liability described in the policy, regardless of the number of items of personal property involved in the loss.

Personal Property Reimbursement will be limited to the difference between any actual cash value payment made for the covered loss to personal property and the smallest of 1), 2) or 3) above.

Personal Property Reimbursement will not apply to:
1) property insured under **Coverage A— Dwelling Protection** and **Coverage B —Other Structures Protection,** except wall-to-wall carpeting;
2) antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced;
3) articles whose age or history contribute substantially to their value. This includes, but is not limited to, memorabilia, souvenirs and collector's items;

4) property that was obsolete or unusable for the originally intended purpose because of age or condition prior to the loss; or
5) motorized land vehicles used solely for the service of the **insured premises** and not licensed for use on public roads. This does not include motorized land vehicles designed for assisting the disabled.

6. **Our Settlement Of Loss**
**We** will settle any covered loss with **you** unless some other person or entity is named in the policy. **We** will settle within 60 days after the amount of loss is finally determined. This amount may be determined by an agreement between **you** and **us**, an appraisal award or a court judgment.

7. **Appraisal**
If **you** and **we** fail to agree on the amount of loss, either party may make written demand for an appraisal. Upon such demand, each party must select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to **you** and to **us** the amount agreed upon shall be the amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award agreed upon by any two will determine the amount of loss.

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

Page 19

8. **Abandoned Property**

We are not obligated to accept any property or responsibility for any property abandoned by an **insured person**.

9. **Permission Granted To You**

a) The **residence premises** may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy for specific perils. A **building structure** under construction is not considered vacant.

b) **You** may make alterations, additions or repairs, and **you** may complete structures under construction.

10. **Our Rights To Recover Payment**

When **we** pay for any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them. **You** may waive **your** rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of the loss.

11. **Our Rights To Obtain Salvage**

**We** have the option to take all or any part of the damaged or destroyed covered property upon replacement by **us** or payment of the agreed or appraised value.

**We** will notify **you** of **our** intent to exercise this option within 30 days after **we** receive **your** signed, sworn proof of loss. If no signed, sworn proof of loss is requested by **us**, **we** will notify **you** of **our** intent to exercise this option within 60 days after the date **you** report the loss to **us**.

When **we** settle any loss caused by theft or disappearance, **we** have the right to obtain all or part of any property which may be recovered. An **insured person** must protect this right and inform **us** of any property recovered. **We** will inform **you** of **our** intent to exercise this right within 10 days of **your** notice of recovery to **us**.

12. **Action Against Us**

No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under a coverage to which **Section I Conditions** applies, unless:

a) there has been full compliance with all policy terms; and

b) the action is commenced within one year after the inception of loss or damage.

13. **Loss To A Pair Or Set**

If there is a covered loss to a pair or set, **we** may:

a) repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or

b) pay the difference between the actual cash value of the pair or set before and after the loss.

14. **Glass Replacement**

Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

15. **No Benefit To Bailee**

This insurance will not benefit any person or organization who may be caring for or handling **your** property for a fee.

16. **Other Insurance**

If both this insurance and other insurance apply to a loss, **we** will pay the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, in the event of a loss by theft, this insurance shall be excess over any other insurance that covers loss by theft.

17. **Property Insurance Adjustment**

When the Policy Declarations indicates that the Property Insurance Adjustment Condition applies, **you** agree that, at each policy anniversary, **we** may increase the Limit of Liability shown on the Policy Declarations for **Coverage A—Dwelling Protection** to reflect one of the following:

a) the rate of change in the Index identified in the " Important Payment and Coverage

PAGE 42/48 * RCVD AT 1/16/2018 3:03:51 PM [Central Standard Time] * SVR:A0775-XFX0014-X/5/3 * DNIS:8669008945 * CSID: * ANI:3069545821 * DURATION (mm-ss):22-09

Case: 1:18-cv-00267-DCN  Doc #: 1-1  Filed: 02/02/18  42 of 48.  PageID #: 46

Information" section of the Policy Declarations. The limit of liability for **Coverage A—Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1000; or

b) the minimum amount of insurance coverage **we** are willing to issue for the succeeding premium period under **Coverage A—Dwelling Protection** for **your dwelling** and other property **we** cover under **Coverage A—Dwelling Protection**.

Any adjustment in the limit of liability for **Coverage A—Dwelling Protection** will result in an adjustment in the limit of liability for **Coverage B—Other Structures Protection** and **Coverage C—Personal Property Protection** in accordance with **our** manual of Rules and Rates.

Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by **us** at the time a change in limits is made.

**We** will not reduce the limit of liability shown on the Policy Declarations without **your** consent. **You** agree that it is **your** responsibility to ensure that each of the limits of liability shown on the Policy Declarations are appropriate for **your** insurance needs. If **you** want to increase or decrease any of the limits of liability shown on the Policy Declarations, **you** must contact **us** to request such a change.

18. **Mortgagee**

A covered loss will be payable to the Mortgagee(s) named on the Policy Declarations, to the extent of their interest and in the order of precedence. All provisions of **Section I** of this policy apply to these mortgagees.

**We** will:

a) protect the mortgagee's interest in a covered **building structure** in the event of an increase in hazard, intentional or criminal acts of, or directed by, an **insured person**, failure by any **insured person** to take all reasonable steps to save and preserve property after a loss, a change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions; and

b) give the mortgagee at least 10 days notice if **we** cancel this policy.

The mortgagee will:

a) furnish proof of loss within 60 days after notice of the loss if an **insured person** fails to do so;

b) pay upon demand any premium due if an **insured person** fails to do so;

c) notify **us** in writing of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge;

d) give **us** the mortgagee's right of recovery against any party liable for loss; and

e) after a loss, and at **our** option, permit **us** to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision shall apply to any trustee or loss payee or other secured party.

19. **Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss**

In the event of a covered water loss under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** or **Coverage C—Personal Property Protection**, **we** will pay up to $5,000 for mold, fungus, wet rot or dry rot **remediation**.

**Remediation** means the reasonable and necessary treatment, removal or disposal of mold, fungus, wet rot or dry rot as required to complete repair or replacement of property **we** cover under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection**

Page 21

PAGE 43/48 * RCVD AT 1/16/2018 3:0:51 PM [Central Standard Time] * SVR:A0775-XFX0014-5/3 * DNIS:8669008945 * CSID: * ANI:3069554821 * DURATION (mm-ss):22-09

Protection or Coverage C —Personal Property
Protection damaged by a covered water loss,
including payment for any reasonable increase
in living expenses necessary to maintain your
normal standard of living if mold, fungus, wet
rot or dry rot makes your residence premises
uninhabitable. Remediation also includes any
investigation or testing to detect, measure or
evaluate mold, fungus, wet rot or dry rot.

This Condition does not increase the limits of
liability under Coverage A—Dwelling
Protection, Coverage B—Other Structures
Protection or Coverage C —Personal Property
Protection.

# Section II – Family Liability and Guest Medical Protection

## Coverage X
## Family Liability Protection

### Losses We Cover Under Coverage X:
Subject to the terms, conditions and limitations of
this policy, we will pay damages which an insured
person becomes legally obligated to pay because
of bodily injury or property damage arising from
an occurrence to which this policy applies, and is
covered by this part of the policy.

We may investigate or settle any claim or suit for
covered damages against an insured person. If an
insured person is sued for these damages, we will
provide a defense with counsel of our choice, even
if the allegations are groundless, false or
fraudulent. We are not obligated to defend any suit
or pay any claim or judgment after we have
exhausted our limit of liability.

## Coverage Y
## Guest Medical Protection

### Losses We Cover Under Coverage Y:
We will pay the reasonable expenses incurred for
necessary medical, surgical, x-ray and dental
services; ambulance, hospital, licensed nursing and
funeral services; and prosthetic devices, eye glasses,

hearing aids, and pharmaceuticals. These expenses
must be incurred and the services performed within
three years from the date of an occurrence causing
bodily injury to which this policy applies, and is
covered by this part of the policy.

Each person who sustains bodily injury is entitled to
this protection when that person is:
1. on the insured premises with the permission
   of an insured person; or
2. off the insured premises, if the bodily injury:
   a) arises out of a condition on the insured
      premises or immediately adjoining ways;
   b) is caused by the activities of an insured
      person or a residence employee;
   c) is caused by an animal owned by or in the
      care of an insured person; or
   d) is sustained by a residence employee.

### Additional Protection

We will pay, in addition to the limits of liability:
1. **Claim Expense**
   We will pay:
   a) all costs we incur in the settlement of any
      claim or the defense of any suit against an
      insured person;
   b) interest accruing on damages awarded
      until such time as we have paid, formally
      offered, or deposited in court the amount
      for which we are liable under this policy;
      interest will be paid only on damages
      which do not exceed our limits of liability;
   c) premiums on bonds required in any suit
      we defend; we will not pay bond
      premiums in an amount that is more than
      our limit of liability; we have no obligation
      to apply for or furnish bonds;
   d) up to $150 per day for loss of wages and
      salary, when we ask you to attend trials
      and hearings;
   e) any other reasonable expenses incurred
      by an insured person at our request.

2. **Emergency First Aid**
   We will pay reasonable expenses incurred by
   an insured person for first aid to other persons
   at the time of an accident involving bodily
   injury covered under this policy.

Page 22

3. **Damage To Property Of Others**
   At your request, we will pay up to $500 each time an **insured person** causes **property damage** to someone else's property. At our option, we will pay the cost to either repair or replace the property damaged by an **insured person**, without deduction for depreciation.

   We will not pay for **property damage**:
   a) to property covered under **Section I** of this policy;
   b) to property intentionally damaged by an **insured person** who has attained the age of 13;
   c) to property owned by or rented to an **insured person**, any tenant of an **insured person**, or any resident in **your** household; or
   d) arising out of:
      1) past or present **business** activities;
      2) any act or omission in connection with a premises, other than an **insured premises**, owned, rented or controlled by an **insured person**; or
      3) the ownership or use of a motorized land vehicle, trailer, aircraft, hovercraft or watercraft.

## *Losses We Do Not Cover Under Coverage X and Coverage Y*

A. **Losses We Do Not Cover Under Coverage X:**
   1. We do not cover **bodily injury** to an **insured person** or **property damage** to property owned by an **insured person** whenever any benefit of this coverage would accrue directly or indirectly to an **insured person**.

   2. We do not cover any **property damage** consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

   3. We do not cover any **bodily injury** or **property damage** arising out of any liability statutorily imposed upon any **insured person** in any manner, consisting

of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

4. We do not cover any liability an **insured person** assumes arising out of any contract or agreement.

5. We do not cover **property damage** to property rented to, occupied or used by, or in the care of, an **insured person**. This exclusion does not apply if the **property damage** is caused by fire, explosion or smoke.

6. We do not cover any liability imposed upon any **insured person** by any governmental authority for **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

B. **Losses We Do Not Cover Under Coverage Y:**
   1. We do not cover **bodily injury** to any **insured person** or regular resident of the **insured premises**. However, this exclusion does not apply to a **residence employee**.

   2. We do not cover **bodily injury** to any person on the **insured premises** because of a **business** activity or professional service conducted there.

C. **Losses We Do Not Cover Under Coverage X and Coverage Y:**
   Coverage under **Coverage X —Family Liability Protection** will be excluded for **bodily injury** and **property damage** and coverage under **Coverage Y --Guest Medical Protection** will be excluded for **bodily injury** as follows:

   1. We do not cover any **bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional or criminal acts or

Page 23

PAGE 45/48 * RCVD AT 1/16/2018 3:03:51 PM [Central Standard Time] * SVR:A0775-XFX001/4-5/3 * DNIS:8669008945 * CSID: * ANI:3069545821 * DURATION (mm-ss):22-09

Case: 1:18-cv-00267-DCN Doc #: 1-1 Filed: 02/02/18 45 of 48. PageID #: 49

omissions of, any **insured person**. This exclusion applies even if:

a)  such **insured person** lacks the mental capacity to govern his or her conduct;

b)  such **bodily injury** or **property damage** is of a different kind or degree than intended or reasonably expected; or

c)  such **bodily injury** or **property damage** is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of a crime.

2.  We do not cover **bodily injury** to any person eligible to receive benefits required to be provided or voluntarily provided by an **insured person** under any worker's compensation, non-occupational disability or occupational disease law.

3.  We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

    This exclusion does not apply to **bodily injury** to a **residence employee**.

4.  We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:

    a)  a motor vehicle in dead storage or used exclusively on an **insured premises**;

    b)  any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is

being used away from an **insured premises**;

c)  a motorized wheel chair;

d)  a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;

e)  a golf cart owned by an **insured person** when used for golfing purposes;

f)  a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;

g)  lawn or garden implements under 40 horsepower;

h)  **bodily injury** to a **residence employee**.

5.  We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:

    a)  has inboard or inboard-outboard motor power of more than 50 horsepower;

    b)  is a sailing vessel 26 feet or more in length;

    c)  is powered by one or more outboard motors with more than 25 total horsepower;

    d)  is designated as an airboat, air cushion, or similar type of watercraft; or

    e)  is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

    This exclusion does not apply to **bodily injury** to a **residence employee**.

6.  We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of hovercrafts. This exclusion does not

Page 24

apply to **bodily injury** to a **residence employee**.

7. **We** do not cover **bodily injury** or **property damage** arising out of:
   a) the negligent supervision by any **insured person** of any person; or
   b) any liability statutorily imposed on any **insured person**

   arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, hovercraft, motorized land vehicle or trailer which is not covered under **Section II** of this policy.

8. **We** do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

   **We** do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

9. **We** do not cover **bodily injury** or **property damage** arising out of the rendering of, or failure to render, professional services by an **insured person**.

10. **We** do not cover **bodily injury** or **property damage** arising out of the past or present **business** activities of an **insured person**.

    **We** do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age who is self-employed and has no employees.

11. **We** do not cover **bodily injury** or **property damage** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This

exclusion does not apply to **bodily injury** to a **residence employee**.

12. **We** do not cover **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

13. **We** do not cover **bodily injury** or **property damage** caused by war or warlike acts, including, but not limited to, insurrection, rebellion or revolution.

## Section II Conditions

1. **What You Must Do After An Accidental Loss**
   In the event of **bodily injury** or **property damage**, **you** must do the following:
   a) Promptly notify **us** or **our** agent stating:
      1) **your** name and policy number;
      2) the date, the place and the circumstances of the loss;
      3) the name and address of anyone who might have a claim against an **insured person**;
      4) the names and addresses of any witnesses.
   b) Promptly send **us** any legal papers relating to the accident.
   c) At **our** request, an **insured person** will:
      1) cooperate with **us** and assist **us** in any matter concerning a claim or suit;
      2) help **us** enforce any right of recovery against any person or organization who may be liable to an **insured person**;
      3) attend any hearing or trial.
   d) Under the **Damage To Property Of Others** protection, give **us** a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an **insured person** must be prepared to show **us** any damaged property under that person's control.

   Any **insured person** will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others

Page 25

Case: 1:18-cv-00267-DCN Doc #: 1-1 Filed: 02/02/18 47 of 48. PageID #: 51

at the time of the loss as provided for in this policy.

2. **What An Injured Person Must Do —Coverage Y—Guest Medical Protection**
   If someone is injured, that person, or someone acting for that person, must do the following:
   a) Promptly give **us** written proof of the loss. If **we** request, this must be done under oath.
   b) Give **us** written authorization to obtain copies of all medical records and reports.
   c) Permit doctors **we** select to examine the injured person as often as **we** may reasonably require.

3. **Our Payment Of Loss —Coverage Y—Guest Medical Protection**
   **We** may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by **us** or an **insured person**.

4. **Our Limits Of Liability**
   Regardless of the number of **insured persons**, injured persons, claims, claimants or policies involved, **our** total liability under **Coverage X— Family Liability Protection** for damages resulting from one **occurrence** will not exceed the Limit Of Liability shown on the Policy Declarations. All **bodily injury** and **property damage** resulting from continuous or repeated exposure to the same general conditions is considered the result of one **occurrence**. **Our** total liability under **Coverage Y—Guest Medical Protection** for all medical expenses payable for **bodily injury**, to any one person, shall not exceed the "each person" Limit Of Liability shown on the Policy Declarations.

5. **Bankruptcy**
   **We** are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an **insured person**.

6. **Our Rights to Recover Payment —Coverage X —Family Liability Protection**
   When **we** pay any loss, an **insured person's** right to recover from anyone else becomes

**ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them.

7. **Action Against Us**
   a) No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, unless there has been full compliance with all policy terms.
   b) No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Coverage X—Family Liability Protection**, unless the obligation of an **insured person** to pay has been finally determined either by judgment against the **insured person** after actual trial, or by written agreement of the **insured person**, injured person and **us**, and the action against **us** is commenced within one year of such judgment or agreement.
   c) No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Coverage Y—Guest Medical Protection**, unless such action is commenced within one year after the date the expenses for which coverage is sought were actually incurred.
   d) No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Section II —Additional Protection**, unless such action is commenced within one year after the date the claim expenses or emergency first aid expenses for which coverage is sought were actually incurred, or within one year after the date of loss to the property if coverage is being sought under the **Damage to Property of Others** provision.
   e) No one shall have any right to make **us** a party to an action to determine the liability of an **insured person**.

Page 26

Case: 1:18-cv-00267-DCN Doc #: 1-1 Filed: 02/02/18 48 of 48. PageID #: 52

8. **Other Insurance—Coverage X—Family Liability Protection**
This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

## *Section III— Optional Protection*

### *Optional Coverages You May Buy*
The following Optional Coverages may supplement coverages found in **Section I** or **Section II** and apply only when they are indicated on the Policy Declarations. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms of the specific Optional Coverage.

1. **Coverage BC**
   **Building Codes**
   We will pay up to 10% of the amount of insurance on the Policy Declarations under **Coverage A—Dwelling Protection** to comply with local building codes after a covered loss to the **dwelling** or when repair or replacement results in increased cost due to the enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair or demolition of the **dwelling**.

2. **Coverage BP**
   **Increased Coverage On Business Property**
   The limitation on **business** property located on the **residence premises**, under **Coverage C— Personal Property Protection**, is increased to the amount shown on the Policy Declarations. This increased coverage includes property held as samples or for sale or delivery after sale, while the property is on the **residence premises**.

3. **Coverage DP**
   **Increased Coverage On Electronic Data Processing Equipment**
   The limitation on electronic data processing equipment under **Coverage C —Personal Property Protection**, and the recording or storage media used with that equipment, is

increased to the amount shown on the Policy Declarations.

4. **Coverage F**
   **Fire Department Charges**
   The $500 limit applying to the fire department service charges under **Additional Protection** is increased to the amount shown on the Policy Declarations.

5. **Coverage G**
   **Loss Assessments**
   If **your residence premises** includes a **building structure** which is constructed in common with one or more similar buildings, and **you** are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the **insured premises** means the **building structure** occupied exclusively by **your** household as a private residence, including the grounds, related structures and private approaches to them.

   We will pay **your** share of any special assessments charged against all building owners by the association up to the Limit Of Liability shown on the Policy Declarations, when the assessment is made as a result of:
   a) sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss we cover under **Section I** of this policy; or
   b) **bodily injury** or **property damage** covered under **Section II** of this policy.

   Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

   We will pay only when the assessment levied against the **insured person**, as a result of any one loss, for **bodily injury** or **property damage** exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible applying to **Section I** of this policy.

Page 27